## Irwin H. Keller, Appellee, v. Christopher L. Anton et al., Defendants. Ida Russell Mack, Appellant.

### Gen. No. 41,090.

 opinion filed February 29, 1940; rehearing denied March 18, 1940. Thomas J. McCormick, for appellant; Philip H. Salzman, for appellee; Jacob G. Grossberg, of counsel. Opinion by Presiding Justice MATCHETT. ''Not to be published in full.''